IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| JOHNNY JOHNSON | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | CIVIL ACTION NO. 5:07-CV-454(MTT) |
| TONY HENDERSON | ) |  |
| Respondent. | ) |  |

## ORDER

This matter is before the Court on the Report and Recommendation (Doc. 21) (the "Recommendation") of United States Magistrate Judge Charles H. Weigle. The Petitioner filed a Petition for Writ of Habeas Corpus (Doc. 1) November 30, 2007. The Magistrate Judge, having reviewed the Petition pursuant to 28 U.S.C. § 636 and 28 U.S.C. § 2254, recommends denying the Petition. The Petitioner has filed an Objection to the Recommendation (Doc. 22). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Petitioner's Objection and has made a de novo determination of the portions of the Recommendation to which the Petitioner objects.

The Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is adopted and made the order of this Court. The Petition (Doc. 1) is **DENIED**.

**SO ORDERED,** this 25th day of January, 2011.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT